JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT McCARTHY | Case No.: 2:16-cv-09490-CAS-PLA |
|---|---|
| Plaintiff | ORDER GRANTING JOINT STIPULATION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY |
| v. | |
| AMERICAN KOYU HOTELS, LLC; and DOES 1 THROUGH 10, Inclusive | |
| Defendants | [Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendant AMERICAN KOYU HOTELS, LLC be dismissed with prejudice from Plaintiff's Complaint and Plaintiff's Complaint be dismissed with prejudice in its entirety, Case Number 2:16-cv-09490-CAS-PLA.

**IT IS SO ORDERED.**

Dated: May 19, 2017

*/s/ Christina A. Snyder*
―――――――――――――
Honorable Judge Christina A. Snyder